IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:25-MJ-637 |
| | ) | |
| ADELFA M. GARCIA, | ) | Court Date: November 10, 2025 |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

Count I (Class A Misdemeanor – E2572061)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about September 23, 2025, at Marine Corps Base Quantico, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, ADELFA M. GARCIA, did unlawfully operate a motor vehicle on a highway at a speed of 20 miles per hour or more in excess of the applicable maximum speed limit.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 46.2-862.)

Respectfully submitted,
Lindsey Halligan
United States Attorney

By:  _____/s/_____
Richard Krupczak
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3902
Fax: 703-299-3980
Email: Richard.krupczak@usdoj.gov

CERTIFICATE OF SERVICE

I certify that on November 5, 2025, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will cause a true and accurate copy of this document to be transmitted to counsel of record.

By:    _____/s/_____
       Richard Krupczak
       Special Assistant United States Attorney
       United States Attorney's Office
       Eastern District of Virginia
       2100 Jamieson Avenue
       Alexandria, VA 22314
       Phone: 703-299-3902
       Fax: 703-299-3980
       Email: Richard.krupczak@usdoj.gov